ISMAIL J. RAMSEY (CABN 189820)
United States Attorney

THOMAS A. COLTHURST (CABN 99493)
Chief, Criminal Division

GEORGE O. HAGEMAN (CABN 332457)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-7200
    FAX: (415) 436-7234
    george.hageman@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 23-CR-00004 JSC |
| Plaintiff, | NOTICE OF SUBSTITUTION OF COUNSEL |
| v. | |
| ARLIN ESTRADA, | |
| Defendant. | |

The United States Attorney's Office hereby files this Notice of Substitution of Counsel to advise the Court that Assistant United States Attorney George Hageman appears in this matter in substitution of AUSA Hilary Irvin. Future ECF notices should be sent to Assistant United States Attorney George Hageman with the following contact information:

    AUSA George Hageman
    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-6938
    FAX: (415) 436-7234
    George.hageman@usdoj.gov

AUSA Hilary Irvin should be removed from the list of persons to be noticed.

1  DATED: August 28, 2023                          Respectfully submitted,

2                                                  ISMAIL J. RAMSEY
                                                   United States Attorney
3

4
                                                    /s/George Hageman
5                                                  GEORGE HAGEMAN
                                                   Assistant United States Attorney
6